AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## District of Hawaii

731232

| | |
|---|---|
| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
| V. | Case Number: CR 03-00080SOM-02 |
| SEAN T. NAKAMIYO | |
| (Name and Address of Defendant) | |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 23 2007

at 8 o'clock and 30 min, A M.
SUE BEITIA, CLERK

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST SEAN T. NAKAMIYO and bring him or her forthwith to the nearest district/ magistrate judge to answer a Probation/Supervised Release Violation Petition , charging him or her with (brief description of offense)

ORDER TO SHOW CAUSE WHY SUPERVISION SHOULD BE NOT BE REVOKED

2007 OCT 12 PM 2:17  U.S. MARSHALS SERVICE HONOLULU HI  RECEIVED

in violation of Title  United States Code, Section(s) .

| Sue Beitia | Clerk U.S. District Court |
|---|---|
| Name and Title of Issuing Officer | Title of Issuing Officer |
| /s/ | OCTOBER 12, 2007 at Honolulu, Hawaii |
| Signature of Issuing Officer/Deputy Clerk | Date and Location |

Bail Fixed at NO BAIL WARRANT    By: Susan Oki Mollway, United States District Judge

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at 2933 Kaapaka St Honolulu, HI 96819. | | |
| Date Received 10/12/07 | NAME AND TITLE OF ARRESTING OFFICER J. Bieber DUSM | SIGNATURE OF ARRESTING OFFICER /s/ J. Bieber |
| Date of Arrest 10/22/07 | | |