# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR 03-00080SOM |
| CASE NAME: | USA vs. (02) Sean T. Nakamiyo |
| ATTYS FOR PLA: | Kerry L. Abramson<br>Fituina Tua (USPO) |
| ATTYS FOR DEFT: | 02 Alexander Silvert |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Susan Oki Mollway | REPORTER: | Ann Matsumoto |
| DATE: | 10/25/2007 | TIME: | 10:37 - 11:20 |

COURT ACTION:  EP: Order to Show Cause Why Supervised Release Should Not Be Revoked -

Defendant (02) Sean T. Nakamiyo present and in custody.

Defendant admits to all 5 violations.

Court finds that there is sufficient evidence to support the violations and the defendant has not met the conditions of supervision.

Supervised release is revoked.

ADJUDGED:

Imprisonment: 7 Days as to Counts 1, 2 and 3, to run concurrently.

Supervised Release: 34 Months as to Counts 1, 2 and 3, to run concurrently.

CONDITIONS:

▸ That the defendant shall abide by the standard conditions of supervision.

▸ That the defendant not commit any crimes, federal, state, or local (mandatory condition).

▸ That the defendant not possess illegal controlled substances (mandatory condition)

▸ That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter up to a maximum of one valid drug test per month during the term of supervision.

▸ That the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

▸ That the defendant shall participate in and comply with substance abuse treatment which includes drug and alcohol testing in a program approved by the Probation Office. The defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment.

> That the defendant is prohibited from entering the Arizona Memorial or its parking lot without prior approval of the Probation Office.

> That the defendant shall serve 48 days of intermittent confinement at the Federal Detention Center (FDC), at the rate of 2 days per week for 24 consecutive weeks. Intermittent confinement shall commence at noon on 11/10/07.
Defendant shall be released at noon on 11/11/07, and thereafter shall surrender to the FDC no later than 12:00 p.m. on each subsequent Saturday and shall be released from the FDC no later than 12:00 p.m. on each subsequent Sunday until a total of 48 days of intermittent confinement have been served. The defendant shall comply with the rules and regulations set forth by the FDC.

Mr. Silvert requests a shorter period of 24 months of supervised release.

Court informs Mr. Silvert that he may later bring a motion if the defendant does well on supervision.

Defendant advised of his right to appeal.

Mr. Silvert requests non confidential information provided to the Court be disclosed to the defense - Court will speak with the Probation Office.

Defendant remanded to the custody of the USM.

Submitted by: Toni Fujinaga, Courtroom Manager.